**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ANDREW JENNINGS**                                                                                          **PLAINTIFF**

V.                                          **CASE NO. 5:24-CV-5038**

**MATT DURRETT, Prosecuting Attorney;**
**JUDGE MARK LINDSAY;**
**PATRICK REESE, Public Defender; and**
**DETECTIVE JESSE VERMILLION,**
**Fayetteville Police Department**                                                                      **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends dismissing all claims on preservice screening. She explains in her R&R that Defendant Durrett is subject to prosecutorial immunity; Defendant Lindsay is subject to judicial immunity; Defendant Reece, a state public defender, is not subject to suit under 42 U.S.C. § 1983 because he does not act under color of state law when representing criminal defendants like Plaintiff Jennings; and all claims against Defendant Vermillion are subject to dismissal because they sound in negligence—and negligence claims do not violate the Constitution.

On April 19, 2024, Jennings filed an Objection to the R&R (Doc. 13), which triggered this Court's *de novo* review of the entire case file. The Court finds that the Objection simply restates Jennings's belief that Defendant Reese's advocacy "fell below the minimum" and that Defendant Vermillion violated Jennings's constitutional rights in investigating the criminal case. *Id.* Jennings asks that his criminal case be retried—which is relief this Court is without authority to grant. Instead, Jennings must seek such

relief in state court through the appellate process. Accordingly, the Objection is **OVERRULED**.

Since the Report and Recommendation is proper, it is hereby **ADOPTED IN ITS ENTIRETY**. Pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B), all claims are **DISMISSED** either because the Defendants are immune from suit or because Jennings has failed to state claims upon which relief may be granted. The Clerk is directed to close the case.

**IT IS SO ORDERED** on this 23rd day of April, 2024.

>  */s/ Timothy L. Brooks*
>  TIMOTHY L. BROOKS
>  UNITED STATES DISTRICT JUDGE